FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 30 P 12: 02
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIRANDA MCCULLER WIFE OF/AND BENJAMIN MCCULLER | * | CIVIL ACTION 05-1195 |
| VERSUS | * | NO. L MAG. 4 |
| NAUTICAL VENTURES, LLC AND EDISON CHOUEST OFFSHORE, LLC | * | SECT." "; MAG.- |

**COMPLAINT FOR DAMAGES**

The Complaint of Miranda McCuller wife of/and Benjamin McCuller, both persons of the full age of majority and resident of the Parish of Calcasieu, State of Louisiana, with respect represent:

I.

The jurisdiction of this court is invoked under 28 U.S.C. § 1333(1), commonly known as the "Saving to Suitor's Clause", 33 U.S.C. § 905(b), and the General Maritime Law.

II.

Made defendant herein is Nautical Ventures, LLC, a domestic corporation, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

III.

Fee
Process
X Dktd
CtRmDep
Doc. No.

Made defendant herein is Edison Chouest Offshore, LLC, a domestic corporation, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

IV.

Defendants are justly and truly indebted unto complainants, jointly and *in solido* in a full and true sum which will sufficiently compensate them for their injuries, both together with legal interest thereon from the date of injury, and all costs of these proceedings, in a total amount of TWO MILLION TWO HUNDRED FIFTY THOUSANDAND NO/100 DOLLARS, and for the following to wit:

V.

On or about April 2, 2004, complainant, Benjamin McCuller, was using a rope ladder directed to be used by defendants and/or its employees to gain access to and exit from the defendant vessel, M/V C-LEGEND, a vessel in navigation, in the Port of Fourchon, in the territorial waters of the State of Louisiana.

VI.

At all material times herein, the M/V C-LEGEND was a vessel owned and operated by defendants, Nautical Ventures, LLC and Edison Chouest Offshore, LLC, and at all material times herein was a vessel in navigation.

VII.

On the foregoing date, complainant, Benjamin McCuller, suffered injury to his body and mind when the defendant's rope ladder broke, collapsed, or failed, which injured complainant, resulting in the damages sued upon herein.

VIII.

The accident complained of was a result of negligence attributable to the defendants, Nautical Ventures, LLC and Edison Chouest Offshore, LLC, and/or its agent or employees and/or the negligence of its vessel, M/V C-LEGEND, under 33 U.S.C. § 905(b) and the maritime law.

IX.

As a result of the negligence of the defendants, Nautical Ventures, LLC and Edison Chouest Offshore, LLC, complainant, Benjamin McCuller, has sustained severe and permanent personal injury to his body and mind, causing great pain and suffering, which prevents him from pursuing his usual occupation, all to his damage, in the amount of TWO MILLION AND NO/100 ($2,000,000.00) DOLLARS, in actual damages.

X.

Complainant, Benjamin McCuller, is entitled to recover from defendants, actual damages, in the amount stated above for lost wages; medical expenses; lost fringe benefits; pain and suffering; past, present and future mental anguish and emotional distress; disability; loss of physical and emotional function; loss of ability to enjoy life; loss of ability to pursue happiness; inconvenience; embarrassment; among other damages allowed and recognized by the maritime law.

XI.

As a result of the negligence of the defendants, Nautical Ventures, LLC and Edison Chouest Offshore, LLC, complainant, Miranda McCuller, has sustained loss of consortium, services, and society, recoverable in damages, totaling TWO HUNDRED FIFTY THOUSAND AND NO/100 ($250,000.00) DOLLARS.

XII.

Complainant, Benjamin McCuller, is further entitled to recover of defendants, punitive damages in the amount of FOUR MILLION AND NO/100 ($4,000,000.00) allowed under the maritime law for the intentional, willful and wanton conduct of the defendants in refusing to allow the use of a gangplank for safe egress and ingress to its vessel, M/V C-LEGEND.

XIII.

Complainants are entitled to a pray for a trial by jury.

WHEREFORE, complainants, Miranda McCuller wife of/and Benjamin McCuller, pray that the defendants be duly cited to appear and answer the complaint, and after due proceedings had, there be judgment against defendants, Bollinger Shipyard and Norman Guidry, in the amount of TWO MILLION TWO HUNDRED FIFTY THOUSAND AND NO/100 ($2,250,000.00), in actual damages, and FOUR MILLION AND NO/100 ($4,000,000.00) in punitive damages, together with legal interest thereon, from date of injury, and for all costs of these proceedings.

Complainants further pray for trial by jury.

RESPECTFULLY SUBMITTED,

**SHEARMAN~DENENEA, L.L.C.**

**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street, First Floor
New Orleans, LA 70119
Telephone: (504) 304-4582
Attorneys for Complainants

AND

**THOMAS E. TOWNSLEY (#22877)**
711 Pujo Street
Lake Charles, LA 70601
Phone: (337) 430-0994

**PLEASE SERVE THE COMPLAINT ON:**

**NAUTICAL VENTURES, LLC**
Through its agent for service of process
Dionne Chouest or Dino Chouest
16201 E. Main Street
Galliano, Louisiana 70354

**EDISON CHOUEST OFFSHORE, LLC**
Through its agent for service of process
Gary Chouest or Dionne Chouest
16201 E. Main Street
Galliano, Louisiana 70354

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Miranda McCuller wife of/and Benjamin McCuller

**DEFENDANTS**

05-1195

(b) County of Residence of First Listed Plaintiff: Calcasieu Parish, LA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Atton-ette
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John H. Denenea, Jr., 4240 Canal Street, 1st Floor, New Orleans, LA 70119
Phone: (504) 304-4582

Attorneys (If Known)

L MAG. 4

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☑ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** $2,250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ________ DOCKET NUMBER ________

DATE 3/30/05

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________